UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| CASSANDRA HARPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 8:18-cv-00620-PX |
| | ) | |
| GC SERVICES, LP, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, CASSANDRA HARPER, ("Plaintiff"), through her attorney, The Law Firm of Michael Alan Siddons, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

        Respectfully submitted,
        THE LAW FIRM OF MICHAEL
        ALAN SIDDONS, ESQUIRE

By: /s/ Michael A. Siddons
        Michael A. Siddons
        Attorney #89018
        The Law Firm of Michael Alan Siddons, Esquire
        230 N. Monroe Street
        PO Box 403
        Media, PA 19063
        Tel: 410-705-0970
        msiddons@siddonslaw.com
        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On April 19, 2018, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system which will provide notice to all parties of record.

By: /s/ Michael Siddons
Michael Siddons