## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## GREENBELT DIVISION

| | |
|---|---|
| CASSANDRA HARPER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    No. 8:18-cv-00620-PX |
| | ) |
| GC SERVICES, LP, | ) |
| | ) |
|    Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, CASSANDRA HARPER, ("Plaintiff"), through her attorney, The Law Firm of Michael Alan Siddons, Esq., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, GC SERVICES. LP.

                                            Respectfully submitted,
                                            THE LAW FIRM OF MICHAEL
                                            ALAN SIDDONS, ESQUIRE

                       By: /s/ Michael A. Siddons
                            Michael A. Siddons
                            Attorney #89018
                            The Law Firm of Michael Alan Siddons, Esquire
                            230 N. Monroe Street
                            PO Box 403
                            Media, PA 19063
                            Tel: 410-705-0970
                            msiddons@siddonslaw.com
                            Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      On May 16, 2018, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system which will provide notice to all parties of record.

                                            By: /s/ Michael Siddons
                                                      Michael Siddons